| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 16-20898 / CMG**

| | |
|---|---|
| Michael P. Murray | Petition Filed Date: 06/03/2016 |
| 13 Tensaw Dr | 341 Hearing Date: 07/28/2016 |
| Browns Mills  NJ     08015-6533 | Confirmation Date: 11/02/2016 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2017 | $342.00 | 36109300 - | 02/22/2017 | $438.00 | 37227000 - | 03/21/2017 | $342.00 | 38115580 - |
| 04/18/2017 | $342.00 | 38801050 - | 05/12/2017 | $342.00 | 39577450 - | 06/12/2017 | $342.00 | 40394870 - |
| 07/17/2017 | $342.00 | 41282070 - | 08/17/2017 | $342.00 | 42126170 | 09/18/2017 | $342.00 | 42928970 |
| 10/16/2017 | $342.00 | 43665320 | 11/20/2017 | $342.00 | 44558450 | 12/20/2017 | $342.00 | 45302320 |
| 02/12/2018 | $342.00 | 46622800 | | | | | | |

**Total Receipts for the Period:  $4,542.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,402.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael P. Murray | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT M. ZAUBER, ESQ.<br>»»  ATTY DISCL | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CVI LOAN GT TRUST I | Unsecured Creditors | $3,810.38 | $0.00 | $3,810.38 |
| 2 | BENEFICIAL FINANCIAL I. INC.<br>»»  P/13 TENASAW DR/2ND MTG/CRAM BAL | Unsecured Creditors | $58,032.26 | $0.00 | $58,032.26 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $379.10 | $0.00 | $379.10 |
| 4 | US BANK NATIONAL ASSOCIATION<br>»»  P/13 TENSAW DR/1ST MTG/CONS ORD 11/2/16 | Mortgage Arrears | $14,942.75 | $2,702.08 | $12,240.67 |
| 5 | EMERG PHY ASSOC OF S. JERSEY, PC | Unsecured Creditors | $112.95 | $0.00 | $112.95 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,402.00 | Plan Balance: | $13,974.00 ** |
| Paid to Claims: | $5,702.08 | Current Monthly Payment: | $342.00 |
| Paid to Trustee: | $380.15 | Arrearages: | $342.00 |
| Funds on Hand: | $319.77 | Total Plan Base: | $20,376.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**