| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 16-20898 / CMG**

Michael P. Murray

Petition Filed Date: 06/03/2016
341 Hearing Date: 07/28/2016
Confirmation Date: 11/02/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2018 | $342.00 | 46622800 | 03/19/2018 | $342.00 | 47615590 | 04/02/2018 | $342.00 | 48018660 |
| 05/08/2018 | $342.00 | 48992680 | 06/11/2018 | $342.00 | 49822720 | 07/30/2018 | $342.00 | 51068770 |
| 09/04/2018 | $342.00 | 51957570 | 10/01/2018 | $342.00 | 52690460 | 10/01/2018 | ($342.00) | 52690460 |
| 10/02/2018 | $342.00 | 52690460 | 10/18/2018 | $342.00 | 53224990 | 11/26/2018 | $342.00 | 54124510 |
| 12/27/2018 | $342.00 | 54827820 | | | | | | |

**Total Receipts for the Period:  $3,762.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,164.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael P. Murray | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT M. ZAUBER, ESQ.<br>»» ATTY DISCL | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CVI LOAN GT TRUST I | Unsecured Creditors | $3,810.38 | $0.00 | $3,810.38 |
| 2 | BENEFICIAL FINANCIAL I. INC.<br>»» P/13 TENASAW DR/2ND MTG/CRAM BAL | Unsecured Creditors | $58,032.26 | $0.00 | $58,032.26 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $379.10 | $0.00 | $379.10 |
| 4 | US BANK NATIONAL ASSOCIATION<br>»» P/13 TENSAW DR/1ST MTG/CONS ORD 11/2/16 | Mortgage Arrears | $13,537.10 | $5,894.65 | $7,642.45 |
| 5 | EMERG PHY ASSOC OF S. JERSEY, PC | Unsecured Creditors | $112.95 | $0.00 | $112.95 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,164.00 | Plan Balance: | $10,212.00 ** |
| Paid to Claims: | $8,894.65 | Current Monthly Payment: | $342.00 |
| Paid to Trustee: | $633.23 | Arrearages: | $342.00 |
| Funds on Hand: | $636.12 | Total Plan Base: | $20,376.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**