# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: § § § § | CASE NO. 16-20898-CMG |
| MICHAEL P. MURRAY DEBTOR | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee** | **U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1 c/o Wells Fargo Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx6192**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx6192**

Court Claim # (if known): 4-2
Amount of Claim: $135,768.51
Date Claim Filed: 05/09/2018

Phone: (888) 381-7953
Last Four Digits of Acct.#: 2322

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty            Date:            03/22/2019
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4128-N-4278

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor | Case No : 16-20898-CMG |
| In Re:<br><br>Michael P. Murray<br><br><br>                                                                Debtor. | Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, <u>John J. Rafferty</u> :

   ☑ represent the <u>Creditor</u> in this matter.

   ☐ am the secretary/paralegal for _____ who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>03/22/2019</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

03/22/2019_____      /s/ John J. Rafferty_____
Date                                                                                        Signature

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                                          4128-N-4278

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael P. Murray<br>13 Tensaw Dr<br>Browns Mills, NJ 08015-6533 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable *) |
| Scott M. Zauber<br>Subranni Zauber<br>1624 Pacific Ave.<br>Atlantic City, NJ 08401 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                                                4128-N-4278