**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br>Michael P. Murray ,<br>Debtor.<br>_____/ | CASE NO.: 16-20898-CMG<br>CHAPTER 13 |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTINA TRUST, AS INDENTURE TRUSTEE, FOR CSMC 2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1</u>
Name of Transferee

<u>Beneficial Financial I Inc., successor by merger to Beneficial New Jersey Inc. d/b/a Beneficial Mortgage Co.</u>
Name of Transferor

Name and Address where notices to Transferee should be sent:
Select Portfolio Servicing, Inc.
P.O. Box  65250
Salt Lake City  UT  84165-0250

Court Claim # (if known): 2
Amount of Claim: $58,032.26
Date Claim Filed: 8/3/2016

Phone: <u>1-800-258-8602</u>
Last Four Digits of Acct #: <u>4115</u>

Phone: <u>(888) 824-0824</u>
Last Four Digits of Acct #: <u>1631</u>

Name and Address where Transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
ATTN: Remittance Processing
P.O. Box  65450
Salt Lake City  UT  84165-0450

Phone: <u>1-800-258-8602</u>
Last Four Digits of Acct #: <u>4115</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sindi Mncina                                                                    Date:  08/22/2019

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2019,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true

and correct copy has been served via CM/ECF or United States Mail to the following parties:

SUBRANNI ZAUBER
1624 PACIFIC AVE.
ATLANTIC CITY, NJ 08401

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

MICHAEL P. MURRAY
13 TENSAW DR
BROWNS MILLS, NJ 08015-6533

                                          RAS CRANE, LLC
                                          Authorized Agent for Secured Creditor
                                          10700 Abbott's Bridge Road, Suite 170
                                          Duluth, GA 30097
                                          Telephone: 470-321-7112
                                          Facsimile: 404-393-1425

                                          By: \S\ Sindi Mncina
                                           Sindi Mncina
                                          Email: smncina@rascrane.com



# Servicing Transfer Notice

March 27, 2017

MICHAEL MURRAY
13 TENSAW DR
BROWNS MLS, NJ 08015

Account Number:
Property Address:    13 TENSAW DRIVE
                     BROWNS MILLS, NJ 08015

Dear Customer(s):

We are pleased to inform you that the servicing of your 2nd mortgage account will be transferred from BENEFICIAL FINANCIAL I INC. (prior servicer) to Select Portfolio Servicing, Inc. (SPS), effective 04/01/2017.

**IMPORTANT INFORMATION:**

- **Your prior servicer will stop accepting your mortgage payments after 03/31/2017. IF YOU HAVE ALREADY MAILED YOUR PAYMENT TO YOUR PRIOR SERVICER AND IT IS RECEIVED AFTER THIS DATE, IT WILL BE FORWARDED TO SPS FOR PROCESSING.**

- **Beginning 04/01/2017, any payments you send must be remitted to SPS.**

- **If your prior servicer automatically drafts your payment from your bank account, that service will cease.**

- If you were provided mortgage life, disability or other types of optional insurance that you paid for on a monthly basis through your prior servicer, these services will not be continued. If you wish to continue these services, you must contact your private insurer.

- Please call your insurance agent within 15 days to request the mortgagee on your insurance policy be changed to read "Select Portfolio Servicing, Inc., its successors and/or assigns".

- This transfer does not affect any terms or conditions of your loan documents other than terms directly relating to servicing of your loan.

If you have any questions related to the transfer of servicing from your prior servicer, please contact their Customer Service Department at (855) 384-0251. Their mailing address is: PO Box 1231 Brandon, FL 33509.

If you were working with your prior servicer on a potential modification, short sale, or other repayment plan, SPS will work with you to continue this process with minimal disruption. To continue this process or if you have any questions regarding your account on or after 04/01/2017, please contact the SPS Customer Service Department at 800-258-8602 Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also access your account information online at www.spservicing.com.

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notification of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| General Correspondence | Payment Remittance | Notice of Error/Information Request |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

**Please include your account number on all correspondence.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.
Please see the reverse side for important information.**

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta.
Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al
numero 800-831-0118 y seleccione/marque la opción 2.**



**NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS**

You are hereby notified that the servicing of your mortgage account, that is, the right to collect payments from you, is being assigned, sold or transferred from BENEFICIAL FINANCIAL I INC. to Select Portfolio Servicing, Inc., effective 04/01/2017. The assignment, sale or transfer of the servicing of the mortgage account does not affect any term or condition of the mortgage instrument, other than the terms directly related to the servicing of your mortgage account.

Except in limited circumstances, the law requires that your present servicer send you a notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you a notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, pursuant to Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. § 2605):

During the 60-day period following the effective date of the transfer of the mortgage account servicing, an account payment received by your old servicer before its due date may not be treated by the new mortgage account servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "Notice of Error" or "Request for Information" to your loan servicer concerning the servicing of your loan (at the exclusive address they have designated for receiving such requests), your servicer must provide you with a written acknowledgment within 5 business days of receipt of your request. A Notice of Error/Request for Information is a written notice, other than notice on a payment coupon or other payment form supplied by the servicer, which includes your name and account number and the error you believe has occurred or the information you are requesting. Not more than 30 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written response. A 15 day extension is permitted if the servicer notifies you before the end of the 30 day period and provides the reasons for the delay in responding. After receipt of a Notice of Error, a servicer may not, for 60 days, furnish adverse information to any consumer reporting agency regarding any payment that is the subject of the Notice of Error. However, this does not prevent the servicer from initiating foreclosure or proceeding with a foreclosure sale if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

This statement does not represent and is not intended to be a demand for payment. This notice is for informational purposes only. If you have filed bankruptcy or have been discharged in bankruptcy, please be advised that you should contact legal counsel with any questions regarding the mortgage loan.

**Esta carta le informa que el servicio de su préstamo de hipoteca está siendo transferido a Select Portfolio Servicing, Inc. Varios aspectos importantes de su préstamo corriente pueden cambiarse durante y después de este proceso. Por favor llame a nuestro representante de información y reclamaciones en español al número de teléfono indicado para hablar de estos cambios.**

**FEDERAL FAIR CREDIT REPORTING ACT/ THE FACT ACT**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IMPORTANT NOTICE CONCERNING PRIVATE MORTGAGE INSURANCE**

If your residential mortgage account has private mortgage insurance (PMI), which is separate and distinct from Homeowners or liability insurance, Federal or state law may give you the right to cancel this insurance under some circumstances. Please contact our Customer Service Department for more information.

**AFFILIATE BUSINESS DISCLOSURE**

Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform financial services related to your mortgage account and that Select Portfolio Servicing, Inc., and/or the affiliated company may receive a financial benefit as a result of such relationship.



# Senior Lien Authorization

March 27, 2017

MICHAEL MURRAY
13 TENSAW DR
BROWNS MLS, NJ 08015

Account Number:
Property Address:    13 TENSAW DRIVE
BROWNS MILLS, NJ 08015

RE:    Authorization and Information Request for Mortgage Servicer

Dear Customer(s):

We are pleased to inform you that your 2nd mortgage account will now be serviced by Select Portfolio Servicing, Inc. (SPS).

Periodically, SPS is required to update our records with accurate account balances of your other mortgage accounts. Many loan servicers require written authorization from their borrowers before they will provide SPS with this information. For this reason we request that you provide us with the information requested below and then sign where indicated. Please return this letter in the pre-addressed envelope that has been enclosed with this letter.

1st Mortgage Servicer: _____    Other Mortgage Servicer: _____

1st Mortgage Account No.: _____    Other Mortgage Account No.: _____

Mortgage Servicer Phone: _____    Mortgage Servicer Phone: _____

Mortgage Servicer Address: _____    Mortgage Servicer Address: _____

Approximate Account Balance: _____    Approximate Account Balance: _____

I MICHAEL MURRAY do hereby authorize Select Portfolio Servicing, Inc. permission to obtain account balance and account status information from my mortgage holder or servicer as indicated above.

Borrower Signature: _____    Date: _____

To make payment arrangements, please contact our office at 800-258-8602 Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. If you prefer to write to us, please send us a letter with an updated phone number and a best time for us to call you. You may use the address below:

Select Portfolio Servicing
PO Box 65450 Salt Lake City, UT 84165-0450

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

## FEE SCHEDULE

The following is a list of fees and charges that, subject to applicable law, or the documents evidencing your mortgage account, may be imposed in connection with the servicing of your account. Please note that the fees listed below are subject to change from time to time.

| Fee | Amount | Description |
|---|---|---|
| Late Fee | Refer to loan documents | Fee charged for failure to make a regular monthly payment on time. State law may dictate the fee amount. |
| NSF or Dishonored Check Fee | Up to $25.00 | Fee charged when a payment by check is returned as not paid by your bank because of insufficient funds in the checking account. |
| Interest on Advance | Generally, calculated at the interest rate under the note. | Interest that we may be permitted to charge under the loan documents for amounts that we may be required to pay on your behalf, for example, taxes, insurance and foreclosure-related costs and expenses. |
| Prepayment Fee | Please refer to loan documents | Your loan documents may require you to pay an additional fee if you pay off your loan early. |
| Property Inspection | $9.60 - $19.99 | Fee charged if you are in default and we can not make contact with you to determine the condition of the property. |
| Broker Price Opinion (BPO) | $89.00 - $195.00 | Fee charged for determining the value and condition of the property when loan payments are past due. |
| Appraisal Fees | $195.00 - $450.00 | Fee charged for appraisal used to determine the value and condition of the property. |
| Recording Fee | Based on county/town schedule | Fee charged by the relevant county/town for recording the release/satisfaction. |
| Release Fee | Up to $45.00 | Fee paid to a third party charged at payoff for preparing the release of mortgage. |
| Foreclosure Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with protection of collateral. Foreclosure attorney fees and costs will vary by filing type and are limited to the actual fees and costs. |
| Bankruptcy Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with preserving obligation. Bankruptcy attorney fees and costs will vary by bankruptcy Chapter type and are limited to actual fees and costs. |
| Property Preservation Costs | This fee will vary | Fees required to preserve the property. Will vary according to each situation and required expenses. |

The fees shown below will be imposed for services that you request. You will be asked to agree to pay these charges at the time you request the service.

| Fee | Amount | Description |
|---|---|---|
| Check by Phone | Up to $15.00 | Fee charged for making a payment by phone or internet. (Also known as EZ Pay) |
| Express Mail Fee | Actual Charge Incurred | Actual charge from delivery service provider (such as UPS or FedEx) for expedited delivery of documents. |

*This Fee Schedule does not contain all fees that may be charged for services rendered. Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform services related to your mortgage account and that Select Portfolio Servicing, Inc. and/or the affiliated company may receive financial benefit as a result of such relationship.*

Revised June 2016