| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 16-20898 / CMG**

Michael P. Murray

Petition Filed Date: 06/03/2016
341 Hearing Date: 07/28/2016
Confirmation Date: 11/02/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $342.00 | 55330190 | 02/06/2019 | $342.00 | 56027590 | 02/25/2019 | $342.00 | 56458810 |
| 03/25/2019 | $342.00 | 57213540 | 04/25/2019 | $342.00 | 57956250 | 05/21/2019 | $342.00 | 58755190 |
| 06/19/2019 | $342.00 | 59508470 | 07/22/2019 | $342.00 | 60293940 | 08/20/2019 | $342.00 | 61100770 |
| 09/23/2019 | $342.00 | 61890750 | 10/21/2019 | $342.00 | 62676680 | 11/21/2019 | $342.00 | 63445190 |
| 12/23/2019 | $342.00 | 64200460 | | | | | | |

**Total Receipts for the Period:  $4,446.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,610.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael P. Murray | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT M. ZAUBER, ESQ.<br>»»  ATTY DISCL | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CVI LOAN GT TRUST I | Unsecured Creditors | $3,810.38 | $0.00 | $3,810.38 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»»  P/13 TENASAW DR/2ND MTG/CRAM BAL/BENEFICIAL | Unsecured Creditors | $58,032.26 | $0.00 | $58,032.26 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $379.10 | $0.00 | $379.10 |
| 4 | SPECIALIZED LOAN SERVICING  LLC<br>»»  P/13 TENSAW DR/1ST MTG/CONS ORD 11/2/16/US BANK | Mortgage Arrears | $13,537.10 | $10,395.04 | $3,142.06 |
| 5 | EMERG PHY ASSOC OF S. JERSEY, PC | Unsecured Creditors | $112.95 | $0.00 | $112.95 |
| 0 | JEANIE D. WIESNER, ESQ.<br>»»  SUB OF ATTY 9/12/19 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-20898 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,610.00 | Plan Balance: | $5,766.00 ** |
| Paid to Claims: | $13,395.04 | Current Monthly Payment: | $342.00 |
| Paid to Trustee: | $897.58 | Arrearages: | $342.00 |
| Funds on Hand: | $317.38 | Total Plan Base: | $20,376.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.