UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq. JW3209
jwiesner@subranni.com

Order Filed on March 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Murray
Debtor

Case No.: 16-20898-CMG

Chapter: 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 23, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner, Esq._____, the applicant, is allowed a fee of $ _____300.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____300.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____366.00_____ per month for _____14_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael P. Murray  
     Debtor

Case No. 16-20898-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 23, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.  
db         Michael P. Murray,   13 Tensaw Dr,   Browns Mills, NJ   08015-6533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                        Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
         Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert    Russo     docs@russotrustee.com
         Andrew L. Spivack     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
          IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
          PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 nj.bkecf@fedphe.com
         Denise E. Carlon     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
          Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
          SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC.,
          ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 shay@bbs-law.com,    jpshay@gmail.com
         Jeanie D. Wiesner     on behalf of Debtor Michael P. Murray jwiesner@subranni.com,
          dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
         Sindi    Mncina     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR
          WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTINA TRUST, AS INDENTURE TRUSTEE, FOR CSMC
          2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1 smncina@rascrane.com
                                                                                                                              TOTAL: 7