Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  16–20898–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael P. Murray
   13 Tensaw Dr
   Browns Mills, NJ 08015−6533

Social Security No.:
   xxx−xx−2027

Employer's Tax I.D. No.:

_____

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 27, 2021                    Christine M. Gravelle
                                             Judge, United States Bankruptcy Court